**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

'07 MJ 2507

FILED 07 OCT 29 AM 8:58
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate's Case Number: |
| Plaintiff, | |
| Vs. | COMPLAINT FOR VIOLATION OF: |
| Stephanie AVILEZ-Gomez | Title 21, United States Code Section(s) 952 and 960 – Importation of a Controlled Substance (Felony): |

The undersigned complainant being duly sworn states:

That on or about October 23, 2007, within the Southern District of California, defendant Stephanie AVILEZ-Gomez did knowingly and intentionally import and bring into the United States from Mexico, 26.55 kilograms (58.41 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Signature of Complainant
Special Agent,
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence this 29th day of October 2007.

_____
UNITED STATES MAGISTRATE JUDGE

Page 1

## STATEMENT OF FACTS

At approximately 2105 hours, on October 23, 2007, Stephanie AVILEZ-Gomez entered the United States from the Republic of Mexico via the San Ysidro (California) Port of Entry (POE). AVILEZ-Gomez was the driver of a Maroon Ford Expedition bearing California license plates CA/US 3XUT941. AVILEZ-Gomez was the only occupant of the vehicle.

While conducting pre-primary roving operations, Customs and Border Protection Officer (CBPO) Gary Ahnee obtained a negative customs declaration from AVILEZ-Gomez. Customs and Border Protection (CBP) Canine Enforcement Officer (CEO) Norman Sloat subsequently screened the Ford Expedition with his assigned Narcotic Detection Dog (NDD). The NDD alerted and indicated to a narcotic odor emanating from the driver's-side rear wheel. CBPO Ahnee then he handcuffed AVILEZ-Gomez and escorted her to the Security Office. An inspection of the Ford Expedition by Erazmo Ornelas in the Secondary Lot revealed 23 packages containing a white powdery substance concealed in the gas tank. The contents of a randomly selected package tested positive for cocaine.

At approximately midnight on October 24, 2007, Special Agent (SA) Joseph Dempster and S/A Gino Villanueva interviewed AVILEZ-Gomez at the San Ysidro POE. AVILEZ-Gomez was read her rights per Miranda in the English language by S/A Dempster and witnessed by S/A Villanueva. AVILEZ-Gomez waived her right to an attorney and spoke with S/A Dempster and S/A Villanueva. AVILEZ-Gomez denied knowledge of the cocaine in the vehicle. AVILEZ-Gomez was subsequently transported and booked into the Metropolitan Correctional Center pending federal prosecution.

Executed on October 24, 2007 at 1420 hours.

_____
Special Agent Joseph Dempster
Immigration and Customs Enforcement

*I find the Statement of Facts sets forth probable cause to believe the △ committed the charged crime.*

*Barbara Major*      *10/24/07 at 2:49pm*