1  **MICHELLE BETANCOURT**
   California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4  Facsimile:   (619) 687-2666
   michelle_betancourt@fd.org
5

6  Attorneys for Defendant Ms. Avilez-Gomez

7

8                 UNITED STATES DISTRICT COURT

9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   Case No. 07mj2515
                                  )
12          Plaintiff,             )
                                  )
13 v.                             )
                                  )   **NOTICE OF APPEARANCE**
14 STEPHANIE AVILEZ-GOMEZ,        )
                                  )
15          Defendant.            )
                                  )
16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney

19 in the above-captioned case.

20                                            Respectfully submitted,

21 Dated: November 2, 2007              s/ *Michelle Betancourt*
                                        **MICHELLE BETANCOURT**
22                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Defendant
23                                      michelle_betancourt@fd.org

24

25

26

27

28