FILED
2007 NOV -7 PM 2:53

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____RO_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07 CR 3026 BEN |
|---|---|---|
| Plaintiff, | ) | 07mj2507 |
| | ) | I N D I C T M E N T |
| v. | ) | Title 21, U.S.C., Secs. 952 and |
| STEPHANIE AVILEZ-GOMEZ, | ) | 960 - Importation of Cocaine; |
| | ) | Title 21, U.S.C., Sec. 841(a)(1) - |
| Defendant. | ) | Possession of Cocaine with Intent to Distribute |

The grand jury charges:

Count 1

On or about October 23, 2007, within the Southern District of California, defendant STEPHANIE AVILEZ-GOMEZ did knowingly and intentionally import 5 kilograms and more, to wit: approximately 26.55 kilograms (58.41 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

ECW:fer:San Diego
11/6/07

<u>Count 2</u>

On or about October 23, 2007, within the Southern District of California, defendant STEPHANIE AVILEZ-GOMEZ did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 26.55 kilograms (58.41 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: November 7, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
REBECCA S. KANTER
Assistant U.S. Attorney