**ALEX R. KESSEL (State Bar No. 110715)**
16000 Ventura Blvd.
Penthouse Suite 1208
Encino, California 91436-2746
Telephone: (818) 995-1422
Fax: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant,
**STEPHANIE AVILEZ-GOMEZ**

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 07-CR-03026-BEN |
| Plaintiff, | ENTRY OF APPEARANCE |
| v. | |
| STEPHANIE AVILEZ-GOMEZ, | |
| Defendant. | |

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Stephanie Avilez-Gomez.

DATED: November 19, 2007                    Respectfully submitted,


                                            /s/ Alex R. Kessel
                                            ALEX R. KESSEL
                                            Attorney for Defendant
                                                STEPHANIE AVILEZ-GOMEZ

1