Alex R. Kessel Esq. (SBN: 110715)
16000 Ventura BLVD. Suite 1208
Encino, CA 91436
(818) 995-1422
FAX: (818) 788-9408

## UNITED STATES DISTRICT COURT
SOUTHERN    **DISTRICT OF CALIFORNIA**

United States

Plaintiff(s),

-vs-

Defendant(s).

| CASE NUMBER |
| --- |
| 07-mj-02507-BLM |

**SUBSTITUTION OF ATTORNEY**

STEPHANIE AVILEZ GOMEZ

☐ Plaintiff    ☒ Defendant

(Name of Party)

Hereby substitutes _Alex R. Kessel Esq._ who is

☒ Retained Counsel    ☐ Counsel appointed by the Court    ☐ Pro Per

Address _16000 Ventura BLVD. Suite 1208, Encino CA, 91436_

Telephone Number (818) 995-1422    State Bar Number _110715_

as attorney of record in place and stead of _MICHELLE BETANCOURT_

(Present Attorney)

Dated _11/13/2007_    _Stephanie Avilez-Gomez_

Signature of Party

I have given proper notice pursuant to Local Rule 2.8 and further consent to the above substitution.

Dated _11/16/07_    _[signature]_

Signature of Present Attorney

I am duly admitted to practice in this District pursuant to Local Rule 2.3.

Dated _11/13/2007_    _[signature]_

Signature of New Attorney

Substitution of Attorney is hereby    ☐ APPROVED    ☐ DENIED.

Dated _____    _____

United States District Judge

G-1 (04/93)    SUBSTITUTION OF ATTORNEY