Alex R. Kessel, Esq.   (SBN: 110715)
16000 Ventura Blvd., Suite 1208
Encino, CA 91436
(818) 995-1422
Fax: (818) 788-9408
Email: kessellaw@sbcglobal.net

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES<br><br>Plaintiff(s)<br><br>v.<br><br>STEPHANIE AVILEZ GOMEZ<br><br>Defendant(s). | CASE NUMBER<br><br>**07-CR-03026-BEN**<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

Stephanie Avilez Gomez   ☐ Plaintiff   X Defendant   ☐ Other _____
*Name of Party*

to substitute Alex R. Kessel, Esq.

X Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

16000 Ventura Blvd., Suite 1208
*Street Address*

Encino, CA 91436                             kessellaw@sbcglobal.net
*City, State, Zip*                           *E-Mail Address*

(818) 995-1422          (818) 788-9408          110715
*Telephone Number*      *Fax Number*            *State Bar Number*

as attorney of record in place and stead of Michelle Betancourt
                                            *Present Attorney*

**is hereby**   ☐ GRANTED   ☐ DENIED

Dated _____          _____
                                U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.