1  **MICHELLE BETANCOURT**
   California Bar No. 215035
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 ext. 3737
4  e-mail: michelle_betancourt@fd.org

5  Attorneys for Ms. Stephanie Avilez-Gomez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| UNITED STATES OF AMERICA, | ) | Criminal No. 07CR3026-BEN |
|---|---|---|
| Plaintiff, | ) | Date: December 17, 2007 |
| | ) | Time: 2:00 p.m. |
| v. | ) | |
| | ) | NOTICE OF MOTIONS AND |
| STEPHANIE AVILEZ-GOMEZ, | ) | MOTIONS TO: |
| | ) | 1) COMPEL DISCOVERY AND PRESERVE |
| Defendant. | ) | EVIDENCE; AND |
| | ) | 2) GRANT LEAVE TO FILE |
| | ) | FURTHER MOTIONS |

TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
     EDWARD WEINER, ASSISTANT UNITED STATES ATTORNEY

**PLEASE TAKE NOTICE** that on Monday, December 17, 2007, at 2:00 p.m., or as soon thereafter as counsel may be heard, the accused, Stephanie Avilez-Gomez, by and through her attorneys, Michelle Betancourt and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions listed below.

//
//
//
//
//
//

07CR3026

**MOTIONS**

Stephanie Avilez-Gomez, the accused in this case, by and through her attorneys, Michelle Betancourt and Federal Defenders of San Diego, Inc., pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, Federal Rules of Criminal Procedure and all other applicable statutes, case law and local rules, hereby moves this court for an order:

    1) to compel further discovery and preserve evidence; and

    2) to grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: December 11, 2007

s/ *Michelle Betancourt*
**MICHELLE BETANCOURT**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Avilez-Gomez