**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Ms. Aviles-Gomez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07cr3026-BEN |
| Plaintiff, | |
| v. | PROOF OF SERVICE |
| **STEPHANIE AVILEZ-GOMEZ,** | |
| Defendant. | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    EDWARD WEINER, Assistant United States Attorney
    Edward.Weiner@usdoj.gov,efile.dkt.nes@usdoj.gov,karin.pollero@usdoj.gov

Dated: December 11, 2007
                                                                               s/ Michelle Betancourt
                                                                        MICHELLE BETANCOURT
                                                                        Federal Defenders
                                                                        225 Broadway, Suite 900
                                                                        San Diego, CA 92101-5030
                                                                        (619) 234-8467  (tel)
                                                                        (619) 687-2666  (fax)
                                                                        e-mail: michelle_betancourt@fd.org