1  ALEX R. KESSEL, ESQ. (State Bar No. 110715)
   EVAN E. ZELIG, ESQ. (State Bar No. 228740)
2  16000 Ventura Boulevard
   Penthouse, Suite 1208
3  Encino, California 91436
   Telephone: 818-995-1422
4  Facsimile:  818-788-9408
   Email: kessellaw@sbcglobal.net
5

6  Attorneys for Defendant,
   STEPHANIE AVILEZ-GOMEZ
7

8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10

11

12
   UNITED STATES OF AMERICA,       )   Criminal No. 07-CR-3026-BEN
13                                 )
               Plaintiff,          )   Date:  December 17, 2007
14                                 )   Time:  2:00 P.M.
        vs.                        )   Courtroom: Honorable Roger T. Benitez
15                                 )
   STEPHANIE AVILEZ-GOMEZ,         )   NOTICE OF MOTIONS AND
16                                 )   MOTIONS TO COMPEL DISCOVERY
               Defendant.          )
17                                 )   _____
                                   )
18                                 )
                                   )
19 _____)

20 TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
21       EDWARD WEINER, ASSISTANT UNITED STATES ATTORNEY

22
        **PLEASE TAKE NOTICE** that on Monday, December 17, 2007, at 2:00 p.m., or as
23
   soon thereafter as counsel may be heard, the Defendant, STEPHANIE AVILEZ-GOMEZ, by
24
   and through her attorneys, will ask this Court to enter an order granting the motion listed
25
   below.
26
   //
27
   //
28

## MOTIONS

Stephanie Avilez-Gomez, the Defendant in this case, by and through her attorneys, pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, Federal Rules of Criminal Procedure and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1. To compel further discovery and preserve evidence

This motion is based upon the instant motion and notice of motion, the attached statements of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Dated: December 13, 2007                    Respectfully submitted,

/s/ Alex R. Kessel
ALEX R. KESSEL, ESQ.
Attorney for Defendant,
Stephanie Avilez-Gomez