ALEX R. KESSEL, ESQ. (State Bar No. 110715)
EVAN E. ZELIG, ESQ. (State Bar No. 228740)
16000 Ventura Boulevard
Penthouse, Suite 1208
Encino, California 91436
Telephone: 818-995-1422
Facsimile: 818-788-9408
Email: kessellaw@sbcglobal.net

Attorneys for Defendant,
**STEPHANIE AVILEZ-GOMEZ**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 07-CR-3026-BEN |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| STEPHANIE AVILEZ-GOMEZ, | |
| Defendant. | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

EDWARD WEINER, Assistant United States Attorney
Edward.Weiner@usdoj.gov, efile.dkt.nes@usdoj.gov, karin.pollero@usdoj.gov

Dated: December 13, 2007         /s/ Alex R. Kessel
ALEX R. KESSEL
LAW OFFICE OF ALEX R. KESSEL
16000 Ventura Boulevard
Penthouse Suite 1208
Encino, CA 91436
(818) 995-1422 (telephone)
(818) 788-9408 (fax)
e-mail: kessellaw@sbcglobal.net