AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

STEPHANIE AVILEZ-GOMEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 07cr3026-BEN

I, STEPHANIE AVILEZ-GOMEZ, the above-named defendant, who is accused of Title 21, United States Code, Sections 952, 960 and 963 - Conspiracy to Import Cocaine, being advised of the nature of the charges, the proposed Information, and of my rights, hereby waive in open court on  MARCH 4, 2008  prosecution by
(date)

Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
STEPHANIE AVILEZ-GOMEZ
Defendant

_____
ALEX R. KESSEL
Counsel for Defendant

Before _____
JUDICIAL OFFICER



FILED
MAR - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY