FILED
MAR - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07cr3026-BEN |
| Plaintiff, | I N F O R M A T I O N  *SUPERSEDING* |
| v. | Title 21, U.S.C., Secs. 952, 960 and 963 - Conspiracy to Import Cocaine |
| STEPHANIE AVILEZ-GOMEZ, | |
| Defendant. | |

The United States Attorney charges:

Beginning at a date unknown and continuing up to and including October 23, 2007, within the Southern District of California, defendant STEPHANIE AVILEZ-GOMEZ did knowingly and intentionally conspire with other persons to import five kilograms and more, to wit: approximately 26.55 kilograms (approximately 58.41 pounds) of cocaine, a Schedule II controlled substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and 963.

DATED: March 4, 2008.

KAREN P. HEWITT
United States Attorney

By: *Edward C. Weiner*
EDWARD C. WEINER
Assistant U.S. Attorney