**ALEX R. KESSEL (State Bar No. 110715)**
16000 Ventura Blvd.
Penthouse Suite 1208
Encino, California 91436-2746
Telephone: (818) 995-1422
Fax: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant,
**STEPHANIE AVILEZ-GOMEZ**

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 07-CR-03026-BEN |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING DATE |
| v. | |
| STEPHANIE AVILEZ-GOMEZ, | Date: June 2, 2008 |
| Defendant. | Time: 9:00 A.M. Courtroom: Honorable Roger T. Benitez |

Defendant STEPHANIE AVILEZ-GOMEZ, by and through his attorney of record, ALEX R. KESSEL and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, ED WEINER, Assistant United States Attorney for the Southern District of California, hereby stipulate to the following:

1. Defendant STEPHANIE AVILEZ-GOMEZ is presently in the custody of the United States Marshal Service.

2. On March 4, 2008, defendant STEPHANIE AVILEZ-GOMEZ plead guilty to a violation of 21 U.S.C. § 952, 960 and 963 (A)(1) pursuant to a plea agreement with the Government.

3. Defendant requires additional time to comply with the terms of her plea agreement.

4. Based on the foregoing, counsel for defendant Avilez-Gomez and the Government

1

1 | stipulate that the currently scheduled sentencing hearing be continued from June 2, 2008, at 9:00
2 | a.m., to August 25, 2008, at 9:00 a.m.

**IT IS SO STIPULATED:**

DATED: May 7, 2008                                  Respectfully submitted,


/s/ Alex R. Kessel
ALEX R. KESSEL
Attorney for Defendant
STEPHANIE AVILEZ-GOMEZ


**IT IS SO STIPULATED:**

DATED: May 7, 2008


/s/ Ed Weiner
ED WEINER
Assistant United States Attorney for Plaintiff,
UNITED STATES OF AMERICA