**ALEX R. KESSEL (State Bar No. 110715)**
16000 Ventura Blvd.
Penthouse Suite 1208
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant,
**STEPHANIE AVILEZ-GOMEZ**

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEPHANIE AVILEZ-GOMEZ, )<br>)<br>Defendant. )<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 07-CR-03026-BEN<br><br>**MOTION FOR SEALING DEFENDANT STEPHANIE AVILEZ-GOMEZ' SENTENCING POSITION MEMORANDUM** |

Defendant STEPHANIE AVILEZ-GOMEZ hereby applies for an order for sealing of DEFENDANT STEPHANIE AVILEZ-GOMEZ' SENTENCING POSITION MEMORANDUM.

This application is based upon the instant application and [proposed] order, as well as the declaration of Alex R. Kessel attached hereto.

DATED: September 11, 2008          Respectfully submitted,


     /s/ Alex R. Kessel
ALEX R. KESSEL
Attorney for Defendant
STEPHANIE AVILEZ-GOMEZ

1

**DECLARATION OF ALEX R. KESSEL, ESQ.**

I, ALEX R. KESSEL, ESQ., declare:

1. I am an attorney at law licensed to practice law in all the courts of the State of California. I am licensed to practice law in the United States District Court for the Southern District of California.

2. I am the attorney of record for defendant Mark Gonzalez in the above-referenced matter.

3. On September 11, 2008, I caused to be filed in the United States District Court for the Southern District of California, DEFENDANT STEPHANIE AVILEZ-GOMEZ' SENTENCING POSITION MEMORANDUM with the Court. This document contains information which would be inappropriate to place in any file available to the public, and should only be made available to the prosecution, the attorney of record for defendant Stephanie Avilez-Gomez or to any other individual(s) pursuant to a court order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11TH day of September, 2008, at Encino, California.

/s/ Alex R. Kessel
ALEX R. KESSEL, ESQ., Declarant