**ALEX R. KESSEL (State Bar No. 110715)**
16000 Ventura Blvd.
Penthouse Suite 1208
Encino, California 91436-2746
Telephone: (818) 995-1422
Fax: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant,
**STEPHANIE AVILEZ-GOMEZ**

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 07-CR-03026-BEN |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING DATE |
| v. | |
| STEPHANIE AVILEZ-GOMEZ, | Date: September 15, 2008 |
| Defendant. | Time: 9:00 A.M. |
| | Courtroom: Honorable Roger T. Benitez |

Defendant STEPHANIE AVILEZ-GOMEZ, by and through his attorney of record, ALEX R. KESSEL and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, ED WEINER, Assistant United States Attorney for the Southern District of California, hereby stipulate to the following:

1.   Defendant STEPHANIE AVILEZ-GOMEZ is presently in the custody of the United States Marshal Service.

2.   On March 4, 2008, defendant STEPHANIE AVILEZ-GOMEZ plead guilty to a violation of 21 U.S.C. § 952, 960 and 963 (A)(1) pursuant to a plea agreement with the Government.

3.   Counsel for defendant is engaged in trial in the matter of People vs. Nicolas Real, case number BA325156 in Division 134 of the Los Angeles County Superior Court, Central District in

1

Los Angeles. This is a multiple count assault with a firearm case wherein the defendant is in custody..

4. Based on the foregoing, counsel for defendant Avilez-Gomez and the Government stipulate that the currently scheduled sentencing hearing be continued from September 15, 2008, at 9:00 a.m., to September 22, 2008, at 9:00 a.m.

**IT IS SO STIPULATED:**

DATED: September 12, 2008                    Respectfully submitted,


/s/ Alex R. Kessel
ALEX R. KESSEL
Attorney for Defendant
STEPHANIE AVILEZ-GOMEZ


**IT IS SO STIPULATED:**

DATED: September 12, 2008


/s/ Ed Weiner
ED WEINER
Assistant United States Attorney for Plaintiff,
UNITED STATES OF AMERICA